**No. 48196.**—Protests 939213–G, etc., of Millinery Clearing House, Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel that the items in question consist of manila hemp hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the protests were sustained to this extent.